McGREGOR W. SCOTT
United States Attorney
JASON HITT
AMANDA BECK
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

MAY 0 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:19-cr-0081 KJM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (4 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin (8 counts); 21 U.S.C. § 853(a) – Criminal Forfeiture |
| v. | |
| JEANNA QUESENBERRY, NANCY PHILLIPS, KATHERINE FUIMAONO, and STACI BLANTON, | |
| Defendants. | |

INDICTMENT

COUNT ONE:  [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin]

The Grand Jury charges: T H A T

NANCY PHILLIPS,
KATHERINE FUIMAONO, and
STACI BLANTON,

defendants herein, beginning at a date unknown to the Grand Jury, but no later than on or about January 27, 2016, and continuing through on or about December 22, 2016, in the County of Sacramento, State and Eastern District of California, and elsewhere, did conspire and agree with each other and with

2:19-cr-00081-KJM   Document 1   Filed 05/09/19   Page 2 of 11

1 | Jeanna Quesenberry, charged below, and other persons known and unknown to the Grand Jury to

2 | knowingly and intentionally distribute and possess with intent to distribute at least 50 grams of

3 | methamphetamine (actual), a Schedule II Controlled Substance, and at least 100 grams of a mixture and

4 | substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of

5 | Title 21, United States Code, Sections 846 and 841(a)(1).

6 | COUNT TWO:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

7 |      The Grand Jury further charges: T H A T

8 | JEANNA QUESENBERRY and
     STACI BLANTON,

9 |

10 | defendants herein, on or about January 27, 2016, in the County of Sacramento, State and Eastern District

11 | of California, did knowingly and intentionally distribute at least 5 grams of methamphetamine (actual), a

12 | Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

13 | COUNT THREE:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

14 |      The Grand Jury further charges: T H A T

15 | JEANNA QUESENBERRY and
     STACI BLANTON,

16 |

17 | defendants herein, on or about February 8, 2016, in the County of Sacramento, State and Eastern District

18 | of California, did knowingly and intentionally distribute at least 50 grams of methamphetamine (actual),

19 | a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

20 | COUNT FOUR:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

21 |      The Grand Jury further charges: T H A T

22 | JEANNA QUESENBERRY,

23 | defendant herein, on or about March 2, 2016, in the County of Sacramento, State and Eastern District of

24 | California, did knowingly and intentionally distribute at least 50 grams of methamphetamine (actual), a

25 | Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

26 | ///

27 | ///

28 | ///

INDICTMENT

2

1 | COUNT FIVE:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

2 | The Grand Jury further charges: T H A T

3 | JEANNA QUESENBERRY and
NANCY PHILLIPS,

4 |

5 | defendants herein, on or about March 8, 2016, in the County of Sacramento, State and Eastern District

6 | of California, did knowingly and intentionally distribute a mixture and substance containing a detectable

7 | amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code,

8 | Section 841(a)(1).

9 | COUNT SIX:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

10 | The Grand Jury further charges: T H A T

11 | JEANNA QUESENBERRY,

12 | defendant herein, on or about April 1, 2016, in the County of Sacramento, State and Eastern District of

13 | California, did knowingly and intentionally distribute at least 50 grams of methamphetamine (actual), a

14 | Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

15 | COUNT SEVEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

16 | The Grand Jury further charges: T H A T

17 | JEANNA QUESENBERRY,

18 | defendant herein, on or about April 1, 2016, in the County of Sacramento, State and Eastern District of

19 | California, did knowingly and intentionally distribute a mixture and substance containing a detectable

20 | amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code,

21 | Section 841(a)(1).

22 | COUNT EIGHT:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

23 | The Grand Jury further charges: T H A T

24 | JEANNA QUESENBERRY,

25 | defendant herein, on or about May 5, 2016, in the County of Sacramento, State and Eastern District of

26 | California, did knowingly and intentionally distribute at least 100 grams of a mixture and substance

27 | containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21,

28 | United States Code, Section 841(a)(1).

INDICTMENT

3

1  COUNT NINE:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

2       The Grand Jury further charges: T H A T

3                           JEANNA QUESENBERRY,

4  defendant herein, on or about May 26, 2016, in the County of Sacramento, State and Eastern District of

5  California, did knowingly and intentionally distribute at least 100 grams of a mixture and substance

6  containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21,

7  United States Code, Section 841(a)(1).

8  COUNT TEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

9       The Grand Jury further charges: T H A T

10                          JEANNA QUESENBERRY,

11 defendant herein, on or about September 22, 2016, in or near the Wendy's parking lot located at 3820

12 Northgate Boulevard in the County of Sacramento, State and Eastern District of California, did

13 knowingly and intentionally distribute at least 100 grams of a mixture and substance containing a

14 detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States

15 Code, Section 841(a)(1).

16 COUNT ELEVEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

17      The Grand Jury further charges: T H A T

18                          JEANNA QUESENBERRY and
                            NANCY PHILLIPS,
19

20 defendants herein, on or about September 22, 2016, in or near the McDonald's parking lot located at

21 2400 Sunrise Boulevard in the County of Sacramento, State and Eastern District of California, did

22 knowingly and intentionally distribute a mixture and substance containing a detectable amount of

23 heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section

24 841(a)(1).

25 COUNT TWELVE:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

26      The Grand Jury further charges: T H A T

27                          JEANNA QUESENBERRY,

28 defendant herein, on or about December 22, 2016, at approximately 1:04 p.m., in the County of

INDICTMENT                                    4

1  Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least

2  100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled

3  Substance, in violation of Title 21, United States Code, Section 841(a)(1).

4  COUNT THIRTEEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

5        The Grand Jury further charges: T H A T

6                           JEANNA QUESENBERRY and
                             KATHERINE FUIMAONO,
7

8  defendants herein, on or about December 22, 2016, at approximately 1:24 p.m., in the County of

9  Sacramento, State and Eastern District of California, did knowingly and intentionally distribute a

10  mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in

11  violation of Title 21, United States Code, Section 841(a)(1).

12  FORFEITURE ALLEGATION:  [21 U.S.C. § 853(a) – Criminal Forfeiture]

13        1.        Upon conviction of one or more of the offenses alleged in Counts One through Thirteen

14  of this Indictment, defendants JEANNA QUESENBERRY, NANCY PHILLIPS, KATHERINE

15  FUIMAONO, and STACI BLANTON shall forfeit to the United States pursuant to Title 21, United

16  States Code, Section 853(a), the following property:

17        a.        All right, title, and interest in any and all property involved in violations of Title

18  21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants

19  are convicted, and all property traceable to such property, including the following: all real or personal

20  property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of

21  such offenses; and all property used, or intended to be used, in any manner or part to commit or to

22  facilitate the commission of the offenses.

23        b.        A sum of money equal to the total amount of proceeds obtained as a result of the

24  offenses, or conspiracy to commit such offenses, for which defendants are convicted.

25        2.        If any property subject to forfeiture, as a result of the offenses alleged in Counts One

26  through Thirteen of this Indictment, for which defendants are convicted:

27        a.        cannot be located upon the exercise of due diligence;

28        b.        has been transferred or sold to, or deposited with, a third party;

INDICTMENT                                                    5

1         c.     has been placed beyond the jurisdiction of the Court;

2         d.     has been substantially diminished in value; or

3         e.     has been commingled with other property which cannot be divided without

4                   difficulty;

5 it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

6 forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

7

8

9

10                                          A TRUE BILL.

11

12                            **/s/ Signature on file w/AUSA**

13                                FOREPERSON

14 McGREGOR W. SCOTT

15 United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

*No.* 2 1 9 - CR - 0 0 8 1 WBS

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

JEANNA QUESENBERRY,
NANCY PHILLIPS,
KATHERINE FUIMAONO, and
STACI BLANTON,

---

## I N D I C T M E N T

**VIOLATION(S):**   21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and
Possess with Intent to Distribute Methamphetamine and Heroin;
21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (4 Counts);
21 U.S.C. § 841(a)(1) – Distribution of Heroin (8 Counts);
21 U.S.C. § 853(a) – Criminal Forfeiture

---

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _____ 9 _____ *day*

*of* __ MAY _____ *, A.D. 20* 19 ___

_____
*Clerk.*

*Bail, $* _____

NO BAIL WARRANT PENDING HEARING
as $ all DS

_____

GPO 863 525

2: 1 9 - CR . 0 0 8 1 WBS

## United States v. Jeanna Quesenberry, et. al.
### Penalties for Indictment

**Defendants**
**JEANNA QUESENBERRY**
**NANCY PHILLIPS**
**KATHERINE FUIMAONO**
**STACI BLANTON**

**COUNT 1:**        **NANCY PHILLIPS**
                    **KATHERINE FUIMAONO**
                    **STACI BLANTON**

VIOLATION:          21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with
                    Intent to Distribute at least 50 grams of methamphetamine (actual) and at
                    least 100 grams of a mixture and substance containing a detectable amount
                    of heroin

PENALTIES:          Mandatory minimum of 10 years in prison and a maximum of up to life in
                    prison; or
                    Fine of up to $10,000,000; or both fine and imprisonment
                    Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**        **JEANNA QUESENBERRY**
                    **STACI BLANTON**

VIOLATION:          21 U.S.C. § 841(a)(1) – Distribution of at least 5 grams of
                    methamphetamine (actual)

PENALTIES:          Mandatory minimum of 5 years in prison and a maximum of up to 40
                    years in prison; or
                    Fine of up to $5,000,000; or both fine and imprisonment
                    Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**     **JEANNA QUESENBERRY**
            **STACI BLANTON**

VIOLATION:      21 U.S.C. § 841(a)(1) – Distribution of at least 50 grams of
            methamphetamine (actual)

PENALTIES:      Mandatory minimum of 10 years in prison and a maximum of up to life in
            prison; or
            Fine of up to $10,000,000; or both fine and imprisonment
            Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**     **JEANNA QUESENBERRY**

VIOLATION:      21 U.S.C. § 841(a)(1) – Distribution of at least 50 grams of
            methamphetamine (actual)

PENALTIES:      Mandatory minimum of 10 years in prison and a maximum of up to life in
            prison; or
            Fine of up to $10,000,000; or both fine and imprisonment
            Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:**     **JEANNA QUESENBERRY**

VIOLATION:      21 U.S.C. § 841(a)(1) – Distribution of at least 50 grams of
            methamphetamine (actual)

PENALTIES:      Mandatory minimum of 10 years in prison and a maximum of up to life in
            prison; or
            Fine of up to $10,000,000; or both fine and imprisonment
            Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 5 and 11:**   **JEANNA QUESENBERRY**
                                    **NANCY PHILLIPS**

VIOLATION:           21 U.S.C. § 841(a)(1) – Distribution of a mixture and substance containing a detectable amount of heroin

PENALTIES:           Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 7:**          **JEANNA QUESENBERRY**

VIOLATION:           21 U.S.C. § 841(a)(1) – Distribution of a mixture and substance containing a detectable amount of heroin

PENALTIES:           Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 8, 9, 10, 12:**        **JEANNA QUESENBERRY**

VIOLATIONS:          21 U.S.C. § 841(a)(1) – Distribution of at least 100 grams of a mixture and substance containing a detectable amount of heroin

PENALTIES:           Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT:  $100 (mandatory on each count)

**COUNT 13:**         **JEANNA QUESENBERRY**
                                    **KATHERINE FUIMAONO**

VIOLATION:           21 U.S.C. § 841(a)(1) – Distribution of a mixture and substance containing a detectable amount of heroin

PENALTIES:           Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   **ALL DEFENDANTS**

VIOLATION:          21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:          As stated in the Indictment