1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   AMANDA BECK
3  ROSS PEARSON
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6
   Attorneys for Plaintiff
7  United States of America

8

9

**SEALED**

10            IN THE UNITED STATES DISTRICT COURT

11        FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          )   Case No.
                                       )
13            Plaintiff,               )       2:19-cr-0081 KJM
                                       )
14        v.                           )   [PROPOSED]
                                       )   ORDER TO SEAL
15                                     )
                                       )   (UNDER SEAL)
16  JEANNA QUESENBERRY,                )
    NANCY PHILLIPS,                    )
17  KATHERINE FUIMAONO, and            )
    STACI BLANTON,                     )
18                                     )
          Defendants.                  )
19  _____     )

20      The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys Jason Hitt,

21  Amanda Beck and Ross Pearson to Seal Indictment, and this Order, in the above-referenced case, shall

22  be sealed until the arrests of defendants or until further order of the Court.

23

24  Dated:  5/9/19              _____
                                HON. ALLISON CLAIRE
25                              United States Magistrate Judge

26

27

28

Petition to Seal Indictment and                3
[Proposed] Order