| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 22, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JEANNA QUESENBERRY,<br><br>  Defendant. | Case No.  2:19CR00081-KJM-1<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEANNA QUESENBERRY ,

Case No. 2:19CR00081-KJM-1

Charge 21USC § 841(a)(c)(d)(f) , from custody for the following reasons:

|   | Release on Personal Recognizance |
|---|---|
|   | Bail Posted in the Sum of $ |
|   | Unsecured Appearance Bond $ |
|   | Appearance Bond with 10% Deposit |
|   | Appearance Bond with Surety |
|   | Corporate Surety Bail Bond |
| X | (Other):  60-day temporary release for medical care.<br>Pretrial conditions as stated on the record. |

The defendant shall be released on 7/23/2020 @ 9:00 a.m.

Issued at Sacramento, California on July 22, 2020 at 2:00 pm

By:  *Allison Claire*

Magistrate Judge Allison Claire