TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>QUESENBERRY, et al.<br><br>　　　　　　　Defendant. | CASE NO. 2:19-cr-00081 KJM<br>　　　　　　2:19-cr-00107 KJM<br><br>**DECLARATION REGARDING<br>DEFENDANT'S PASSPORT** |

　　　　TONI WHITE, counsel for defendant JEANNA QUESENBERRY, declares the following regarding Ms. Quesenberry's passport:

　　1. On July 22, 2020, Ms. Quesenberry was released with conditions. One of the conditions was that she surrender her passport.

　　2. Ms. Quesenberry indicates that her passport is lost. Should she find it, she will immediately surrender it to Pretrial Services.

　　3. Defense counsel files this declaration, at the request of Pretrial Services, to formally set forth the above-referenced facts regarding Ms. Quesenberry's passport.

Dated: July 23, 2020　　　　　　By:　　*/s/ Toni White*
　　　　　　　　　　　　　　　　　　　　TONI WHITE

　　　　　　　　　　　　　　　　　　For Defendant Jeanna Quesenberry

1