TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:19-CR-00081 KJM |
| | ) | 2:19-CR-00107 KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **[PROPOSED] ORDER SEALING** |
| Jeanna Quesenberry | ) | **SUPPLEMENT TO DEFENDANT'S** |
| | ) | **MEMORANDUM OF STATUS UPDATE** |
| Defendant. | ) | **AND EXHIBIT A** |
| | ) | |
| | ) | |
| | ) | |

_____

Pursuant to Local Rule 141(b), and based upon the representation contained in the

Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the

Supplement to Defendant's Memorandum of Status Update and Exhibit A that support the

Memorandum of Status Update filed as ECF DOC Number 669 in 2:19-CR-00107 KJM and

ECF DOC Number 130 in 2:19-CR-00081 KJM. shall be SEALED until further order of this

Court.

Dated: November 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1