1  Etan Zaitsu [SBN 287106]
   Attorney at Law
2
3  ZAITSU LAW
   331 J Street, Suite 200
4  Sacramento, CA  95814
   916.542.0270
5
6  Attorney for Defendant
   NANCY PHILLIPS"
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00081 KJM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| NANCY PHILLIPS, | |
| Defendant. | |

**ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's Exhibit C and D in support of Defendant's Motion for Bail Review at Dkt. 135, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and Pretrial Services.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that,

1

**[Proposed] Order**

for the reasons stated in the defendant's request, sealing the Defendant's documents serves a compelling interest.

Dated: December 8, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**[Proposed] Order**