TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JEANNA QUESENBERRY,<br>NANCY PHILLIPS,<br>KATHERINE FUIMAONO, and<br>STACI BLANTON<br><br>           Defendants. | CASE NO. 2:19-CR-00081 KJM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND SURRENDER DATE; [PROPOSED] FINDINGS AND ORDER** |

 The defendant, Jeanna Quesenberry, by and through her counsel, Toni White, and the Government, by and through its counsels, Jason Hitt, Ross Pearson and David Spencer, hereby stipulate as follows:

1. By previous order, this matter was set for a status report on Ms. Quesenberry's medical status on January 27, 2021 and Ms. Quenseberry's surrender date was set for February 3, 2021.

2. By this stipulation, defendants now move to continue the status conference until February 19, 2021 and Ms. Quesenberry's surrender date to March 1, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

 (a) The representation of Toni White, counsel for Ms. Quesenberry, is that Ms.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

Quesenberry has been unable to have her additional surgery scheduled due to the hospital suspending these surgeries due to the COVID-19 surge.

(b) Pretrial officer Zepeda indicates that Ms. Quenseberry remains in compliance with her conditions of release.

IT IS SO STIPULATED.

Dated:  January 25, 2021         McGREGOR SCOTT
                                 United States Attorney

                                 By:     /s/ Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 For the United States

Dated:  January 25, 2021         McGREGOR SCOTT
                                 United States Attorney

                                 By:     /s/ David Spencer
                                 DAVID SPENCER
                                 Assistant U.S. Attorney
                                 For the United States

Dated:  January 25, 2021         McGREGOR SCOTT
                                 United States Attorney

                                 By:     /s/ Ross Pearson
                                 ROSS PEARSON
                                 Assistant U.S. Attorney
                                 For the United States

Dated:  January 25, 2021         By:     /s/ Toni White
                                 TONI WHITE
                                 For Defendant Jeanna Quesenberry

**O R D E R**

IT IS SO FOUND AND ORDERED this 26th day of January, 2021.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE