```
TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244


Attorney for Defendant
JEANNA QUESENBERRY
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JEANNA QUESENBERRY,<br>NANCY PHILLIPS,<br>KATHERINE FUIMAONO, and<br>STACI BLANTON<br><br>　　　　　　　　Defendants. | CASE NO. 2:19-CR-00081 KJM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND SURRENDER DATE; [PROPOSED] FINDINGS AND ORDER** |

　　　The defendant, Jeanna Quesenberry, by and through her counsel, Toni White, and the Government, by and through its counsels, Jason Hitt, David Spencer and Ross Pearson, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for a status report on Ms. Quesenberry's medical status on July 2, 2021 and Ms. Quenseberry's surrender date was set for July 9, 2021.

　　　2.　　By this stipulation, defendants now move to continue the status conference until July 9, 2021 and Ms. Quesenberry's surrender date to July 16, 2021.

　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　(a)　The representation of Toni White, counsel for Ms. Quesenberry, is that Ms.
　　　　　　Quesenberry is recovering from her knee surgery and may need more procedures.

1

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

Defense counsel is in the process of obtaining information regarding Ms. Quesenberry's medical status and requests an additional week so that information can be gathered and an update for court, counsel and pretrial can be prepared.

(b) Pretrial officer Zepeda indicates that Ms. Quenseberry remains in compliance with her conditions of release.

IT IS SO STIPULATED.

Dated: June 24, 2021  McGREGOR SCOTT
United States Attorney

By: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
For the United States

Dated: June 24, 2021  McGREGOR SCOTT
United States Attorney

By: /s/ David Spencer
DAVID SPENCER
Assistant U.S. Attorney
For the United States

Dated: June 24, 2021  McGREGOR SCOTT
United States Attorney

By: /s/ Ross Pearson
ROSS PEARSON
Assistant U.S. Attorney
For the United States

Dated: June 24, 2021  By: /s/ Toni White
TONI WHITE
For Defendant Jeanna Quesenberry

**O R D E R**

IT IS SO FOUND AND ORDERED this 24th day of June, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE