TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Jeanna Quesenberry<br><br>    Defendant. | No. 2:19-CR-00081 KJM<br>      2:19-CR-00107 KJM<br><br>**[PROPOSED] ORDER SEALING SUPPLEMENT TO DEFENDANT'S MOTION FOR BAIL REVIEW AND SUPPORTING MATERIALS** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the Supplement to Defendant's Request for Bail Review and the Supporting Materials attached to the Supplement that are related to the Motion for Bail Review filed as ECF DOC Number 826 in 2:19-CR-00107 KJM and ECF DOC Number 207 in 2:19-CR-00081 KJM. shall be SEALED until further order of this Court.

Dated: July 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE