FILED
July 09, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEANNA QUESENBERRY,<br><br>Defendant. | Case No. 2:19-cr-00081-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JEANNA QUESENBERRY</u>, Case No. <u>2:19-cr-00081-KJM</u> Charge <u>18 USC § 1962</u>, from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $ __100,000__

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    _____   (Other):

Issued at Sacramento, California on July 09, 2021 at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire