TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jeanna Quesenberry<br><br>Defendant. | No. 2:19-CR-00081 KJM<br><br>**ORDER SEALING ATTACHMENTS TO MEMORANDUM REQUESTING POSTPONEMENT OF SENTENCING DATE** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the Attachments to Memorandum Requesting Postponement of Sentencing Date filed as ECF DOC 267 and the Request to Seal shall be SEALED until further order of this Court.

DATED:  February 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE