| | |
|---|---|
| 1 | TONI H. WHITE (SBN 210119) |
| | ATTORNEY AT LAW |
| 2 | P.O. Box 1081 |
| | El Dorado, CA  95623 |
| 3 | Telephone:  (530) 885-6244 |
| 4 | |
| 5 | Attorney for Defendant |
| | JEANNA QUESENBERRY |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:19-CR-00107 KJM |
| | | 2:19-CR-00081 KJM |
| | Plaintiff, | |
| v. | | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| JEANNA QUESENBERRY, | | |
| | Defendant | |

Defendant JEANNA QUESENBERRY, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 13, 2024.

2. By this stipulation, defendant now moves to continue the sentencing to September 9, 2024. The GOVERNMENT does not oppose this request.

3. The defense is in the process of obtaining mitigating information to present to the probation officer. This continuance will allow for the process to be completed and will provide time for additional defense preparation including the drafting and submission of sentencing briefing.

4. The probation officer, Julie Besabe, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

1

| | |
|---|---|
| Judgment and Sentencing Date: | September 9, 2024 |
| Reply, or Statement of Non-opposition: | September 5, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 2, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | August 26, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | August 19, 2024 |
| The Proposed Pre-Sentence Report shall be Disclosed to Counsel on or Before: | August 5, 2024 |

IT IS SO STIPULATED.

Dated: May 7, 2024              PHILLIP A. TALBERT
                                United States Attorney

                          By:   */s/ Toni White for*
                                JASON HITT
                                Assistant U.S. Attorney

                                For the United States

Dated: May 7, 2024        By:   */s/ Toni White*
                                TONI WHITE

                                For Defendant Jeanna Quesenberry

# **O R D E R**

IT IS SO FOUND AND ORDERED this ____ day of _____, 2024.

_____

HON. KIMBERLY J. MUELLER

UNITED STATES DISTRICT JUDGE

3