TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jeanna Quesenberry<br><br>Defendant. | No. 2:19-CR-00081 KJM<br>2:19-CR-00107 KJM<br><br>**ORDER SEALING DECLARATION ATTACHED TO ECF # 2533 IN 2:19-CR-00107 KJM AND ECF # 446 IN 2:19-CR-00081 KJM** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the declaration attached to ECF # 2533 in 2:19-CR-00107 KJM and ECF # 446 in 2:19-CR-00081 KJM shall be SEALED until further order of this Court.

Dated: 2/3/25

HONORABLE KIMBERLY J. MUELLER

1