TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jeanna Quesenberry<br><br>Defendant. | No. 2:19-CR-00081 KJM<br>2:19-CR-00107 KJM<br><br>[PROPOSED] ORDER SEALING DEFENDANT'S SUPPLEMENTAL FILING AND SUPPORTING EXHIBITS |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the Defendant's Supplemental filing submitted to this Court on March 7, 2025 and the Supporting Exhibits, along with the associated Request to Seal, shall be SEALED until further order of this Court.

Dated: 3/11/25

HONORABLE KIMBERLY J. MUELLER

1