TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00081 KJM<br>2:19-CR-00107 KJM |
| Plaintiff, | |
| v. | [PROPOSED] ORDER SEALING SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM AND SUPPORTING EXHIBITS |
| Jeanna Quesenberry | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the Supplement to Defendant's Sentencing Memorandum and the Supporting Exhibits, along with the associated Request to Seal, shall be SEALED until further order of this Court.

Dated: 3/11/25

_____
HONORABLE KIMBERLY J. MUELLER

1