TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jeanna Quesenberry<br><br>　　　　Defendant. | No. 2:19-CR-00081 KJM<br>　　　2:19-CR-00107 KJM<br><br>**ORDER SEALING EXHIBIT A TO DEFENDANT'S REQUEST TO EXTEND VOLUNTARY SURRENDER DATE** |

　　　Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that Exhibit A (medical records) to Defendant's Request to Extend Voluntary Surrender Date, filed in the above-referenced matters, shall be SEALED until further order of this Court.

DATED: May 20, 2025.

_____
UNITED STATES DISTRICT JUDGE

1